# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Monica Rivas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Monica Rivas
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Gregory Gordon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gregory Gordon
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Jennifer Sierminski

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jennifer Sierminski
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Keara Muzzin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Keara Muzzin
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

## SUMMONS IN A CIVIL ACTION

To: Douglas Smith

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Douglas Smith
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Jeremy Howard

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jeremy Howard
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Shawn Brewer

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Shawn Brewer
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Kevin Lindsey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kevin Lindsey
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Noah Nagy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Noah Nagy
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Kimberly Napier

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*




Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kimberly Napier
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Karina Blair

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Karina Blair
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Stacey Purdy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Stacey Purdy
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________ ; or

❐ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Joel Salinas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joel Salinas
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Christine McCumber-Hemry

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Christine McCumber-Hemry
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Ale Schneider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ale Schneider
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*: ________________
________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Sheryl Bailey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sheryl Bailey
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To: Paul Anderson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Paul Anderson
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Jeffrey Utter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jeffrey Utter
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

## SUMMONS IN A CIVIL ACTION

To: Ernest Pazitka

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ernest Pazitka
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Britancia Doss

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Britancia Doss
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Jennifer Crane

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jennifer Crane
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: William Hokanson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William Hokanson
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Michael Kennedy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Michael Kennedy
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Nicholas Kik

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicholas Kik
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Chris Knapp

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Chris Knapp
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Marvin Moseley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Marvin Moseley
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To: Jacquelyn Thelen

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jacquelyn Thelen
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Brian Madery

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Brian Madery
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Jennifer Norder

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*




By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jennifer Norder
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Patricia Rogers

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Patricia Rogers
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Valerie Lashley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Valerie Lashley
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Gordon Hill

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gordon Hill
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: James King

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James King
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To: Michael Demps

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Michael Demps
was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify):* __________
__________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Nicole Pitcher

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicole Pitcher
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Ne'tesha Demyers

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ne'tesha Demyers
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Shane Rennells

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Shane Rennells
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Khris Nevins

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Khris Nevins
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To: Victoria Hallet

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Victoria Hallet
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*: ________________
________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: James King

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James King
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To: Joseph Iosefa

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Iosefa
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Sergeant Reynolds

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sergeant Reynolds
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Devin Freymuth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Devin Freymuth
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Officer Snyder

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Officer Snyder
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Crystal Brown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Crystal Brown
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: Nurse Bills

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nurse Bills
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*: ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Richard Glover, et al

*Plaintiff,*

v.

Monica Rivas, et al

*Defendant.*

Civil Action No. 2:19-cv-13406

Hon. Terrence G. Berg

**SUMMONS IN A CIVIL ACTION**

To: William Marsh

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William Marsh
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Linnie Brooks

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Linnie Brooks
was received by me on *(date)* ____________________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*: ____________________
____________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________ ____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Samuel Delossantos

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Samuel Delossantos
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):* ______________
______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

## SUMMONS IN A CIVIL ACTION

To: Tarhaka McElroy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Tarhaka McElroy
was received by me on *(date)* ____________ .

❐ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify):* ____________
____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Jay Cooley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jay Cooley
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*: ______________
______________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Richard Glover, et al<br><br>*Plaintiff,*<br><br>v.<br><br>Monica Rivas, et al<br><br>*Defendant.* | ) | Civil Action No. 2:19-cv-13406<br><br>Hon. Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To: Vincent Rickman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Rd
Suite 401
Southfield, MI 48033

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Allen
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 19, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:19-cv-13406
Hon. Terrence G. Berg

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Vincent Rickman
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*: ________________
________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: