# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---

RICHARD GLOVER; TINA GLOVER, on her own and on behalf of her son R.G., a minor,

    Plaintiffs,

v

MONICA RIVAS; GREGORY GORDON; JENNIFER SIERMINSKI; KEARA MUZZIN; DOUGLAS SMITH; JEREMY HOWARD; SHAWN BREWER; KEVIN LINDSEY; NOAH NAGY; KIMBERLY NAPIER; KARINA BLAIR; STACEY PURDY; JOEL SALINAS; CHRISTINE McCUMBER-HEMRY; ALE SCHNEIDER; SHERYL BAILEY; PAUL ANDERSON; JEFFREY UTTER; ERNEST PAZITKA; BRITANCIA DOSS; JENNIFER CRANE; WILLIAM HOKANSON; MICHAEL KENNEDY; NICHOLAS KIK; CHRIS KNAPP; MARVIN MOSELEY; JACQUELYN THELEN; BRIAN MADERY; JENNIFER NORDER; PATRICIA ROGERS; VALERIE LASHLEY; GORDON HILL; JAMES KING; MICHAEL DEMPS; NICOLE PITCHER; NE'TESHA DEMYERS; SHANE RENNELLS; KHRIS NEVINS; VICTORIA HALLET; JOSEPH IOSEFA; SERGEANT REYNOLDS; DEVIN FREYMUTH;

No. 2:19-cv-13406

HON. TERRENCE G. BERG

MAG. MICHAEL J. HLUCHANIUK

**PROTECTIVE ORDER REGARDING DISCLOSURE OF DEFENDANTS' HOME ADDRESSES**

OFFICER SNYDER; CRYSTAL
BROWN; NURSE BILLS; WILLIAM
MARSH; LINNIE BROOKS;
SAMUEL DELOSSANTOS;
TARHAKA McELROY; JAMES
COOLEY; and VINCENT RYCKMAN,

    Defendants.

_____

| | |
|---|---|
| **Solomon M. Radner (P73653)** | **James T. Farrell (P35400)** |
| **Madeline M. Sinkovich (P82846)** | **Garett Koger (P82115)** |
| **EXCOLO LAW, PLLC** | **Assistant Attorneys General** |
| *Attorneys for Plaintiffs* | **Mich. Dept. of Attorney General** |
| 26700 Lahser Road, Suite 401 | *Attorneys for MDOC Defendants* |
| Southfield, MI 48033 | MDOC Division |
| 866-939-2656 | P.O. Box 30217 |
| sradner@excololaw.com | Lansing, MI  48909 |
| | 517-335-3055 |
| | farrellj@michigan.gov |
| | kogerg@michigan.gov |

_____/

## PROTECTIVE ORDER REGARDING DISCLOSURE OF DEFENDANTS' HOME ADDRESSES

    Based on the stipulation of the parties,

    It is **ORDERED** that the Michigan Department of Corrections shall provide to plaintiff's counsel, Solomon Radner, the last known addresses of the following former MDOC employees:

    1. Carina Blair

    2. Gregory Gordon

3. Vincent Ryckman

4. Tyler Nevins

5. Michelle Parsons

6. Tiffani Kisor

7. Richard Russell

This information may be shared with Mr. Radner's staff and process server only and will not be provided to the plaintiffs or anyone else.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
Honorable Terrence G. Berg
U.S. District Court Judge

Dated: 1/23/2020


*/s/ Solomon M. Radner*   (with permission)
Solomon M. Radner (P73653)
EXCOLO LAW, PLLC
*Attorneys for Plaintiffs*


*/s/ James T. Farrell*
James T. Farrell (P35400)
Assistant Attorney General
Mich. Dept. of Attorney General
*Attorneys for MDOC Defendants*