UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD GLOVER, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MONICA RIVAS, ET AL., <br><br> Defendants. | 2:19-CV-13406-TGB <br><br> **ORDER STRIKING MOTION (ECF NO. 21), DIRECTING PARTIES TO MEET AND CONFER, AND PROHIBITING ADDITIONAL MOTION PRACTICE UNDER RULE 65 WITHOUT LEAVE OF COURT** |

The pending Motion for Temporary Restraining Order (ECF No. 21) is **STRICKEN** for failure to show why Fed. R. Civ. P. 65(b)(1) would permit an *ex parte* order in this matter, and subsequently for failure to properly seek concurrence pursuant to L.R. 7.1. The movant must ascertain whether the contemplated motion, or request will be opposed.

Counsel are **ORDERED** to meet and confer by telephone, on or before close of business February 7, 2020, regarding the substance of the instant motion.

Further, Plaintiff is enjoined from filing additional motions under Fed. R. Civ. P. 65 without first seeking leave of the Court.

DATED this 6th day of February, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge