UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| RICHARD GLOVER; TINA GLOVER, on her own and on behalf of her son R.G., a minor, | No. 2:19-cv-13406 |
| Plaintiffs, | HON. TERRENCE G. BERG |
| v | MAG. MICHAEL J. HLUCHANIUK |
| MONICA RIVAS; GREGORY GORDON; JENNIFER SIERMINSKI; DOUGLAS SMITH; JEREMY HOWARD; SHAWN BREWER; KEVIN LINDSEY; NOAH NAGY; KIMBERLY NAPIER; KARINA BLAIR; JOEL SALINAS; SHERYL BAILEY; PAUL ANDERSON; WILLIAM HOKANSON; MICHAEL KENNEDY; CHRIS KNAPP; MARVIN MOSELEY; JACQUELYN THELEN; BRIAN MADERY; GORDON HILL; NE'TESHA DEMYERS; VICTORIA HALLET; JAMES KING; DENNIS REYNOLDS; OFFICER SNYDER; CRYSTAL BROWN; WILLIAM MARSH; LINNIE BROOKS; SAMUEL DELOSSANTOS; TARHAKA MCELROY; MARK WINTERS; TIMOTHY SCHUBRING; SCOTT BAILEY; NATHAN ROOT; RUSSELL RURKA; DEVIN FREYMUTH; MICHELLE PARSONS; TIFFANI KISOR; MAJOR WASHINGTON; SIRENA LANDFAIR; DIONE WRIGHT; SHARITA DAVIDSON; CHRISTINE MCCUMBER-HEMRY; HEIDI WASHINGTON; KENNETH MCKEE; and FREDERICK HERRO, | **ORDER PERMITTING DEPOSITION OF PRISONERS** |
| Defendants, | |

| | |
|---|---|
| Keith Altman (P81702)<br>The Law Office of Keith Altman<br>*Attorney for Plaintiffs*<br>33228 W 12 Mile Rd, Suite 375<br>Farmington Hills, MI 48334<br>(516) 456-5885<br>kaltman@lawampmmt.com | James T. Farrell (P35400)<br>Sara E. Trudgeon (P82115)<br>Assistant Attorneys General<br>Mich. Dept. of Attorney General<br>*Attorneys for MDOC Defendants*<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>517-335-3055<br>farrellj@michigan.gov<br>trudgeons@michigan.gov |
| Solomon M. Radner (P73653)<br>Radner Law Group, PLLC<br>*Attorney of Plaintiffs*<br>17515 W Nine Mile Rd<br>Suite 1175<br>Southfield, MI 48075<br>(313) 355-3425<br>solomon@radnerlawgroup.com | Devlin K. Scarber (P64532)<br>Jeffrey L. Bomber (P85407)<br>Chapman Law Group<br>*Attorneys for Defendant Victoria Hallett*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>dscarber@chapmanlawgroup.com<br>jbomber@chapmanlawgroup.com |

_____/

## ORDER PERMITTING DEPOSITION OF PRISONERS

Based on the stipulation of the parties,

It is **ORDERED** that, pursuant to Fed. R. Civ. Proc. 30(a)(2)(B), the parties have leave to depose parties and witnesses who are confined in prison.

Date: May 10, 2022

/s/Terrence G. Berg_____
Hon. Terrence Berg
U.S. District Court Judge

Stipulated to by:

/s/ Keith Altman (w/consent)
Keith Altman (P81702)
Attorney for Plaintiffs

*/s/James T. Farrell*
James T. Farrell (P35400)
Attorney for MDOC Defendants

/s/ Devlin K. Scarber (w/consent)
Devlin K. Scarber (P64532)
Attorney for Defendant Hallett