# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD GLOVER; TINA GLOVER, on her own and on behalf of her son R.G., a minor, | No. 2:19-cv-13406 |
| Plaintiffs, | HON. TERRENCE G. BERG |
| v | MAG. MICHAEL J. HLUCHANIUK |
| MONICA RIVAS; GREGORY GORDON; JENNIFER SIERMINSKI; DOUGLAS SMITH; JEREMY HOWARD; SHAWN BREWER; KEVIN LINDSEY; NOAH NAGY; KIMBERLY NAPIER; KARINA BLAIR; JOEL SALINAS; SHERYL BAILEY; PAUL ANDERSON; WILLIAM HOKANSON; MICHAEL KENNEDY; CHRIS KNAPP; MARVIN MOSELEY; JACQUELYN THELEN; BRIAN MADERY; GORDON HILL; NE'TESHA DEMYERS; VICTORIA HALLET; JAMES KING; DENNIS REYNOLDS; OFFICER SNYDER; CRYSTAL BROWN; WILLIAM MARSH; LINNIE BROOKS; SAMUEL DELOSSANTOS; TARHAKA MCELROY; MARK WINTERS; TIMOTHY SCHUBRING; SCOTT BAILEY; NATHAN ROOT; RUSSELL RURKA; DEVIN FREYMUTH; MICHELLE PARSONS; TIFFANI KISOR; MAJOR WASHINGTON; SIRENA LANDFAIR; DIONE WRIGHT; SHARITA DAVIDSON; CHRISTINE MCCUMBER-HEMRY; HEIDI WASHINGTON; KENNETH MCKEE; and FREDERICK HERRO, | SUBSTITUITON OF ATTORNEY, CONSENT AND PROPOSED ORDER PERMITTING SUBSTITUTION OF ATTORNEY |

Defendants,

| | |
|---|---|
| Keith Altman (P81702) | Sara E. Trudgeon (P82115) |
| Kimberly Dodson (*pro hac vice*) | Kristin M. Heyse (P64353) |
| The Law Office of Keith Altman | Assistant Attorneys General |
| *Attorney for Plaintiffs* | Mich. Dept. of Attorney General |
| 33228 W 12 Mile Rd, Suite 375 | *Attorneys for MDOC Defendants* |
| Farmington Hills, MI 48334 | Corrections Division |
| (516) 456-5885 | P.O. Box 30217 |
| kaltman@lawampmmt.com | Lansing, MI 48909 |
| | 517-335-3055 |
| Solomon M. Radner (P73653) | trudgeons@michigan.gov |
| Radner Law Group, PLLC | |
| *Attorney of Plaintiffs* | Devlin K. Scarber (P64532) |
| 17515 W Nine Mile Rd | Jeffrey L. Bomber (P85407) |
| Suite 1175 | Chapman Law Group |
| Southfield, MI 48075 | *Attorneys for Defendants Dione Wright, N.P., Frederick Herro, M.D., and Victoria Hallett, D.O.* |
| (313) 355-3425 | |
| solomon@radnerlawgroup.com | |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

_____/

# **SUBSTITUTION OF ATTORNEYS**

TO:   CLERK OF THE COURT

Kristin M. Heyse (P64353), Assistant Attorney General for the State of Michigan, has this day been substituted in the above-captioned cause in place and stead of attorney James T. Farrell (P35400) as attorney for MDOC Defendants Paul Anderson, Scott Bailey, Sheryl Bailey, Nurse Bills, Karina Blair, Shawn Brewer, Linnie Brooks, Crystal Brown, Jay Cooley, Jennifer Crane, Sharita Davidson, Samuel

2

Delossantos, Michael Demps, Ne'tesha Demyers, Britancia Doss, Devin Freymuth, Gregory Gordon, Gordon Hill, William Hokanson, Jeremy Howard, Joseph Iosefa, Michael Kennedy, Nicholas Kik, James King, Tiffani Kisor, Chris Knapp, Sirena Landfair, Valerie Lashley, Kevin Lindsey, Brian Madery, William Marsh, Christine McCumber-Hemry, Tarhaka McElroy, Kenneth McKee, Marvin Moseley, Keara Muzzin, Noah Nagy, Kimberly Napier, Khris Nevins, Jennifer Norder, Michelle Parsons, Ernest Pazitka, Nicole Pitcher, Stacey Purdy, Shane Rennells, Sergeant Reynolds, Vincent Rickman, Monica Rivas, Patricia Rogers, Nathan Root, Russell Rurka, Joel Salinas, Ale Schneider, Timothy Schubring, Jennifer Sierminski, Douglas Smith, Officer Snyder, Jacquelyn Thelen, Jeffrey Utter, Heidi Washington, Major Washington, and Mark Winters.

                        Dana Nessel
                        Attorney General

                        */s/Kristin M. Heyse*
                        Kristin M. Heyse (P64353)
                        Assistant Attorney General
                        Attorney for Defendants
                        Corrections Division
                        (517) 335-3055
                        heysek@michigan.gov

Dated:  August 30, 2022

## CONSENT TO SUBSTITUTION OF ATTORNEY

TO:   CLERK OF THE COURT

I hereby consent that Kristin M. Heyse, Assistant Attorney General for the State of Michigan, be substituted in place and stead for MDOC Defendants Paul Anderson, Scott Bailey, Sheryl Bailey, Nurse Bills, Karina Blair, Shawn Brewer, Linnie Brooks, Crystal Brown, Jay Cooley, Jennifer Crane, Sharita Davidson, Samuel Delossantos, Michael Demps, Ne'tesha Demyers, Britancia Doss, Devin Freymuth, Gregory Gordon, Gordon Hill, William Hokanson, Jeremy Howard, Joseph Iosefa, Michael Kennedy, Nicholas Kik, James King, Tiffani Kisor, Chris Knapp, Sirena Landfair, Valerie Lashley, Kevin Lindsey, Brian Madery, William Marsh, Christine McCumber-Hemry, Tarhaka McElroy, Kenneth McKee, Marvin Moseley, Keara Muzzin, Noah Nagy, Kimberly Napier, Khris Nevins, Jennifer Norder, Michelle Parsons, Ernest Pazitka, Nicole Pitcher, Stacey Purdy, Shane Rennells, Sergeant Reynolds, Vincent Rickman, Monica Rivas, Patricia Rogers, Nathan Root, Russell Rurka, Joel Salinas, Ale Schneider, Timothy Schubring, Jennifer Sierminski, Douglas Smith, Officer Snyder, Jacquelyn Thelen, Jeffrey Utter, Heidi Washington, Major Washington, Mark Winters, in the above cause of action.

        Dana Nessel
        Attorney General

        */s/James T. Farrell*
        James T. Farrell (P35400)
        Assistant Attorney General
        Corrections Division
        P.O. Box 30217
        Lansing, MI  48909
        farrellj@michigan.gov
        (517) 335-3055

Date:  August 30, 2022

5

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that Kristin M. Heyse, Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing MDOC Defendants Paul Anderson, Scott Bailey, Sheryl Bailey, Nurse Bills, Karina Blair, Shawn Brewer, Linnie Brooks, Crystal Brown, Jay Cooley, Jennifer Crane, Sharita Davidson, Samuel Delossantos, Michael Demps, Ne'tesha Demyers, Britancia Doss, Devin Freymuth, Gregory Gordon, Gordon Hill, William Hokanson, Jeremy Howard, Joseph Iosefa, Michael Kennedy, Nicholas Kik, James King, Tiffani Kisor, Chris Knapp, Sirena Landfair, Valerie Lashley, Kevin Lindsey, Brian Madery, William Marsh, Christine McCumber-Hemry, Tarhaka McElroy, Kenneth McKee, Marvin Moseley, Keara Muzzin, Noah Nagy, Kimberly Napier, Khris Nevins, Jennifer Norder, Michelle Parsons, Ernest Pazitka, Nicole Pitcher, Stacey Purdy, Shane Rennells, Sergeant Reynolds, Vincent Rickman, Monica Rivas, Patricia Rogers, Nathan Root, Russell Rurka, Joel Salinas, Ale Schneider, Timothy Schubring, Jennifer Sierminski, Douglas Smith, Officer Snyder, Jacquelyn Thelen, Jeffrey Utter, Heidi Washington, Major Washington, Mark Winters, in the above

cause of action and that James T. Farrell be removed as attorney for record.


Dated: <u>August 30, 2022</u>         <u>/s/Terrence G. Berg</u>
                                    HON. TERRENCE G. BERG
                                    U.S. DISTRICT COURT JUDGE