UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD GLOVER, et al.,
    *Plaintiffs,*

CASE NO. 2:19-CV-13406

v.

Hon. Terrence G Berg
Mag. Michael J. Hluchaniuk

MONICA RIVAS, et al.
    *Defendants.*

---

Keith Altman (P81702)
Kimberly Dodson (*pro hac vice*)
The Law Office of Keith Altman
*Attorneys for Plaintiffs*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
kimberlydodson@kaltmanlaw.com

Solomon M. Radner (P73653)
Radner Law Group, PPLC
*Attorney for Plaintiffs*
17515 W Nine Mile Rd
Suite 1175
Southfield, MI 48075
(313) 355-3425
solomon@radnerlawgroup.com

Sara E. Trudgeon (P82115)
Kristin M. Heyse (P64353)
Assistant Attorneys General
Mich. Dept. of Attorney General
MDOC Division
*Attorneys for MDOC Defendants*
P.O. Box. 30217
Lansing, Michigan 48909
Telephone: (517) 335-3055
heysek@michigan.gov
trudgeons@michigan.gov

Devlin K. Scarber (P64532)
Jeffrey L. Bomber (P85407)
Chapman Law Group
*Attorneys for Defendants Dione Wright, N.P., Frederick Herro, M.D., and Victoria Hallett, D.O.*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com
jbomber@chapmanlawgroup.com

**STIPULATION AND ORDER**
**EXTENSION OF FACT DISCOVERY DEADLINE**

1

The parties, acting through counsel, stipulate and agree to the following:

1. An extension of the discovery deadline from October 17, 2022, until February 17, 2023.

2. An extension of the dispositive motion deadline from November 17, 2022, until March 17, 2023.

3. Final pretrial conference and trial date to be set after ruling on dispositive motions.

IT IS SO ORDERED.

Dated: October 19, 2022              /s/Terrence G. Berg
                                     Hon. Terrence G. Berg
                                     U.S. District Court Judge

Stipulated and Approved for Entry:

Dated: October 12, 2022              /s/ Keith Altman
                                     Keith Altman, Esq. (P81702)
                                     Kimberly R. Dodson (*pro hac vice*)
                                     keithaltman@kaltmanlaw.com
                                     kimberlydodson@kaltmanlaw.com
                                     *Attorneys for Plaintiffs*

Dated: October 12, 2022              /s/ Kristin M. Heyse (w/ permission)
                                     Kristin M. Heyse (P64353)
                                     Sara E. Trudgeon (P82115)
                                     heysek@michigan.gov
                                     trudgeons@michigan.gov

        *Attorneys for MDOC Defendants*

Dated: October 12, 2022

        */s/ Devlin K. Scarber (w/ permission)*
        Devlin K. Scarber (P64532)
        Chapman Law Group
        *Attorneys for Defendants Dione Wright, N.P., Frederick Herro, M.D., and Victoria Hallett, D.O.*
        dscarber@chapmanlawgroup.com

Devlin K. Scarber (P64532)
Ronald W. Chapman, Sr. (P37603)
*Attorneys for Defendants Dione Wright, N.P., Frederick Herro, M.D., and Victoria Hallett, D.O.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2022, I served all opposing counsel with a copy of the foregoing document, by filing same with the Clerk of Court using the CM/ECF system which will send notification of such filing electronically to all counsel of record.

/s/ Keith Altman
Keith Altman, Esq.