# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Richard Glover, et al

    Plaintiff,

v.

Rivas, et al.

    Defendants.

Case No: 2:19-cv-13406
District Judge: Terrance G. Berg

## ORDER
## GRANTING DEFENDANT HALLETT'S UNOPPOSED MOTION TO STAY PROCEEDINGS 90 DAYS (ECF NO. 100)

This matter comes before the court on Defendant Victoria Hallett, DO's *Unopposed Motion to Stay Proceedings 90 Days*. (ECF No. 100). The motion states that this relief is not opposed by Plaintiff or the MDOC Defendants and no response to the Motion has been filed. Therefore,

**IT IS ORDERED** that Defendant Hallett's Motion is GRANTED. The case shall be stayed for 90 days from the date of this Order.

    **IT IS SO ORDERED.**

Dated: July 28, 2023

/s/Terrence G. Berg_____
Hon. Terrence G. Berg
United States District Judge

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on the 21st day of July 2023, I electronically filed the attached *proposed Order* Granting Defendant Hallett's *Unopposed Motion to Stay Proceedings 90 Days* together with this Certificate of Service with the Clerk of the Court using the ECF system, which will serve copies on all other parties.

Dated: July 13, 2023

By:_____
Thomas G. Hackney (P81283)
Hackney Odlum & Dardas
Attorneys for Victoria Hallett, DO